**SHERRATT**

v.

**STATE**

**20170255**

Supreme Court of Utah.

10/27/2017

20150313

Petition for Writ of Certiorari Denied.